No. 403. FREEDMAN *v.* DONOVAN & SCHUENKE ET AL. C. A. 9th Cir. Certiorari denied. *Charles E. Taintor* for petitioner. *Benjamin W. Shipman* for respondents.

No. 406. WICHITA FALLS & SOUTHERN RAILWAY CO. *v.* GIFFORD. C. A. 5th Cir. Certiorari denied. *Leslie Humphrey* and *John B. Pope* for petitioner. *Phillip S. Kouri* for respondent.

No. 407. KEY ET AL. *v.* McDONALD. C. A. 10th Cir. Certiorari denied. *Mac Q. Williamson,* Attorney General of Oklahoma, and *Edward M. Box* and *James P. Garrett,* Assistant Attorneys General, for petitioners.

No. 408. SEMINOLE NATION *v.* WHITE ET AL. C. A. 10th Cir. Certiorari denied. *W. F. Semple* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States, respondent.

No. 411. TEXAS CONSTRUCTION CO. ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF CALDWELL FOUNDRY & MACHINE CO., INC. C. A. 5th Cir. Certiorari denied. *John Plath Green* for petitioners. *Hawkins Golden* and *William Burrow* for the Caldwell Foundry & Machine Co., Inc., respondent.

No. 412. HANOVER FIRE INSURANCE CO. *v.* HOLCOMBE. C. A. 5th Cir. Certiorari denied. *Henry N. Longley, David W. Dyer* and *Douglas D. Batchelor* for petitioner.

No. 413. CITY OF DETROIT ET AL. *v.* MURRAY CORPORATION ET AL. C. A. 6th Cir. Certiorari denied. *James*